

Writer's Direct Dial:  
214.752.2222, ext. 112

Writer's E-mail Address:  
charbin@curtislaw.net

October 11, 2023

**via Email**  
Mr. Richard Kevin Russell

    Re:   Adversary No. 22-04049-mxm – *Independence Fuel Systems, LLC, Plaintiffs, v. Richard Kevin Russell, Defendant*, pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division.

Dear Mr. Russell

    I am writing to confirm that, as per our discussion on October 4, 2023, you have provided consent for Curtis Law PC to withdraw as your legal representation in the matter of Adversary No. 22-04049-mxm – *Independence Fuel Systems, LLC, Plaintiffs, v. Richard Kevin Russell, Defendant*, pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division. Your decision to consent to our withdrawal has been noted, and we will proceed to file the necessary documents with the court to formally withdraw from representing you in this case.

    Please be informed that as of the date of the Order Granting Withdrawal, Curtis Law PC will no longer be responsible for representing you or for any legal matters related to Adversary No. 22-04049-mxm – *Independence Fuel Systems, LLC, Plaintiffs, v. Richard Kevin Russell, Defendant*. It is recommended that you secure alternative legal representation to avoid any prejudice to your interests.

    We will provide the new attorney or firm with the relevant files and documents related to your case, upon receipt of written authorization from you or from your new attorney. We also recommend that you communicate with your new attorney as soon as possible regarding any impending deadlines or hearings.

    This matter is currently set for trial docket call on October 26, 2023.

    Please be advised of the following deadlines in this matter:

- October 16, 2023: Deadline to Submit Joint Pretrial Order.
- October 16, 2023: Deadline to Submit Proposed Findings of Fact and Conclusions of Law
- October 23, 2023: Deadline to Submit Trial Briefs Addressing Contested Issues of Law
- October 23, 2023: Deadline to Submit Witness and Exhibit Lists
- October 26 ,2023: Exhibits not objected to in writing by Docket Call shall be admitted.

Very truly yours,

Christopher L. Harbin

Thank you for the opportunity to have represented you in this matter. Should you have any questions or need clarification on the withdrawal process, please do <u>not hesitate to contact us.</u>

_Richard Russell (Oct 11, 2023 14:56 CDT)_ | <u>Oct 11, 2023</u>
---|---
Richard Kevin Russell | Date

# 2023.10.11 -- Russell_IFS -- Consent_Withdrawal

Final Audit Report                                                                                          2023-10-11

| | |
|---|---|
| Created: | 2023-10-11 |
| By: | Christopher Harbin (charbin@curtislaw.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUgHYsD0HIq_AbPrHI5NGLbWL2w_tNbYu |

## "2023.10.11 -- Russell_IFS -- Consent_Withdrawal" History

- Document created by Christopher Harbin (charbin@curtislaw.net)
  2023-10-11 - 7:50:02 PM GMT- IP address: 76.185.110.192

- Document emailed to Richard Russell (toledogas@msn.com) for signature
  2023-10-11 - 7:50:17 PM GMT

- Email viewed by Richard Russell (toledogas@msn.com)
  2023-10-11 - 7:55:13 PM GMT- IP address: 104.28.97.24

- Document e-signed by Richard Russell (toledogas@msn.com)
  Signature Date: 2023-10-11 - 7:56:06 PM GMT - Time Source: server- IP address: 104.28.50.130

- Agreement completed.
  2023-10-11 - 7:56:06 PM GMT

Adobe Acrobat Sign